IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT MATTHEW LAYNE                                                                           PLAINTIFF

v.                                   Case No. 6:24-cv-6082

WELLPATH MEDICAL
(Medical Provider for Arkansas Community Correction)
and RN KELLY AUNSPAUGH
(Wellpath Employee)                                                                            DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed November 19, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 81. Judge Ford recommends that Defendants' Amended Motion for Summary Judgment on the Issue of Exhaustion (ECF No. 44) be granted because Plaintiff failed to exhaust his administrative remedies in accordance with 28 U.S.C. § 1997e(a). Judge Ford further recommends that this case be dismissed with prejudice and that Plaintiff's Motion for Restraining Order (ECF No. 52) be denied as moot. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 81) *in toto*. Accordingly, the Motion for Summary Judgment on the Issue of Exhaustion (ECF No. 44) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Further, Plaintiff's Motion for Restraining Order (ECF No. 52) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 12th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge